**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500

*Attorneys for Defendant LexisNexis*
*Risk Data Management, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>         Defendants. | Civil Action No. 2:24-cv-4566<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for LexisNexis Risk Data Management, LLC ("LNRDM"), in the above-captioned action certifies as follows:

    1.    LNRDM's parent corporation is RELX, Inc. No publicly held corporation owns 10% or more of the stock of LNRDM.

    2.    Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, LNRDM is a limited liability company and RELX, Inc., which is incorporated in Delaware and has its principal place of business in New York, is the sole member of LNRDM. Therefore, LNRDM is a citizen of the states of Delaware and New York.

Dated: April 4, 2024              By:          /s/ A. Matthew Boxer
                                               A. Matthew Boxer
                                               Gavin J. Rooney
                                               Rasmeet K. Chahil
                                               **LOWENSTEIN SANDLER LLP**
                                               One Lowenstein Drive
                                               Roseland, New Jersey 07068
                                               973.597.2500
                                               mboxer@lowenstein.com
                                               grooney@lowenstein.com
                                               rchahil@lowenstein.com

                                               *Attorneys for Defendant LexisNexis*
                                               *Risk Data Management, LLC*