**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500

*Attorneys for Defendant LexisNexis*
*Risk Data Management, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>            Defendants. | Civil Action No. 2:24-cv-4566<br><br>**CERTIFICATE OF SERVICE** |

I, **A. Matthew Boxer**, of full age, do hereby certify as follows:

1. I am a Partner at the law firm of Lowenstein Sandler LLP, attorneys for Defendant LexisNexis Risk Data Management, LLC ("LNRDM").

2. On April 4, 2024, I caused a true and correct copy of the (1) the Notice of Removal including the Civil Cover Sheet, (2) Rule 7.1 Corporate Disclosure Statement, and (3) this Certificate of Service to be electronically filed via the Court's CM/ECF system.

3. On April 4, 2024, I caused a true and correct copy of the above documents to be served on the following via email and First Class Mail:

-2-

| | |
|---|---|
| **PEM Law LLP**<br>Rajiv D. Parikh, Esq.<br>Kathleen Barnett Einhorn, Esq.<br>1 Boland Drive, Suite 101<br>West Orange, NJ 07052<br>rparikh@pemlawfirm.com<br>keinhorn@pemlawfirm.com<br><br>**Morgan & Morgan Complex Litigation Group**<br>John A. Yanchunis, Esq.<br>Ryan J. McGee, Esq.<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602<br>T: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com | **Boies Schiller Flexner LLP**<br>James Lee<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>jlee@bsfllp.com<br><br>Beko Reblitz-Richardson<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>brichardson@bsfllp.com<br><br>Adam Shaw<br>30 South Pearl Street, 12th Floor<br>Albany, NY 12207<br>ashaw@bsfllp.com<br><br>Melissa Zonne<br>Samantha Parrish<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>mzonne@bsfllp.com<br>sparrish@bsfllp.com |

*Attorneys for Plaintiffs JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 4, 2024

By:  *s/ A. Matthew Boxer*
A. Matthew Boxer
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500

*Attorneys for Defendant LexisNexis Risk Data Management, LLC*