# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 2:24-cv-4566<br><br><br>**NOTICE OF APPEARANCE OF GAVIN J. ROONEY** |

**PLEASE TAKE NOTICE** that Gavin J. Rooney of Lowenstein Sandler LLP hereby enters his appearance as counsel of record for Defendant, LexisNexis Risk Data Management, LLC ("LNRDM") in the above-captioned action. Accordingly, LNRDM respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Mr. Rooney (grooney@lowenstein.com).

Dated: April 4, 2024

By: */s/ Gavin J. Rooney*
    Gavin J. Rooney
    **LOWENSTEIN SANDLER LLP**
    One Lowenstein Drive
    Roseland, New Jersey 07068
    Tel: 973.597.2500
    Fax: 973.597.2400
    grooney@lowenstein.com

    *Attorneys for Defendant LexisNexis Risk Data Management, LLC*