# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 2:24-cv-4566<br><br><br>**NOTICE OF APPEARANCE OF RASMEET K. CHAHIL** |

**PLEASE TAKE NOTICE** that Rasmeet K. Chahil of Lowenstein Sandler LLP hereby enters her appearance as counsel of record for Defendant, LexisNexis Risk Data Management, LLC ("LNRDM") in the above-captioned action. Accordingly, LNRDM respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Ms. Chahil (rchahil@lowenstein.com).

Dated:  April 4, 2024

By:  */s/ Rasmeet K. Chahil*
Rasmeet K. Chahil
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400
rchahil@lowenstein.com

*Attorneys for Defendant LexisNexis Risk Data Management, LLC*

45580/2
04/04/2024 215920534.1