UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:24-cv-4566-HB |

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY [L. CIV. R. 6.1(b)]**

Application is hereby made for a Clerk's Order pursuant to Local Civil Rule 6.1 extending the time within which Defendant LexisNexis Risk Data Management, LLC ("LNRDM") may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained;

2. This matter was removed to federal court on April 4, 2024; and

3. Defendant's time to answer, move or otherwise respond to the Complaint currently expires on April 11, 2024.

**LOWENSTEIN SANDLER LLP**
Attorneys for Defendant LexisNexis Risk Data Management, LLC

By:   *s/ A. Matthew Boxer*
       A. Matthew Boxer

Dated: April 10, 2024

-2-

## LOCAL RULE 6.1(b) CLERK'S ORDER GRANTING AN EXTENSION OF TIME

**IT IS**, on this _____ day of April, 2024 hereby

**ORDERED** that the Local Rule 6.1(b) Application of Defendant LNRDM for an extension of time to answer, move or otherwise respond to the Complaint be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 6.1(b), the time within which Defendant may answer, move or otherwise respond to the Complaint is extended for a period of fourteen (14) days from April 11, 2024 to **April 25, 2024**.

Order Dated: _____

MELISSA E. RHOADS, ESQ., Clerk

By: _____
Deputy Clerk