IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO.  1:24-cv-04566-HB<br><br>Judge: Hon. Harvey Bartle III<br><br>**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM SHAW** |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of ADAM SHAW, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case.  I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Shaw's Certification and a proposed order are submitted herewith.


Dated: April 16, 2024         Respectfully submitted,


                              By:  *s/ Rajiv D. Parikh*
                                   Rajiv D. Parikh
                                   PEM Law LLP
                                   1 Boland Drive, Suite 101
                                   West Orange, NJ 07052
                                   Telephone: 973-577-5500
                                   Email: rparikh@pemlawfirm.com