UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 04/18/2024**
**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell     **DOCKET #** CV 24-4566 (HB)

**TITLE OF CASE:**
JOHN DOE
          v.
LEXISNEXIS RISK DATA

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 10:00 AM                Time Adjourned: 12:20 PM

Total: <u>2 hours and 20 minutes</u>

                                        s/ *David Bruey*
                                        **DEPUTY CLERK**