IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : | NO. 24-4566 |

ORDER

AND NOW, this 8th day of May 2024, it is hereby ORDERED that:

(1) the defendant LexisNexis Risk Data Management, LLC shall file, on or before June 3, 2024, any motion to dismiss, together with supporting brief;

(2) plaintiffs shall file any supporting brief on or before June 21, 2024; and

(3) said defendant shall file any reply brief on or before June 28, 2024.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.