UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. 1:24-cv-04566<br>Honorable Harvey Bartle, III, U.S.D.J.<br><br><br>**NOTICE OF MOTION<br>TO DISMISS PLAINTIFFS'<br>COMPLAINT** |

**PLEASE TAKE NOTICE** that at a date and time to be scheduled by the Court, Defendant LexisNexis Risk Data Management, LLC ("LNRDM"), by and through its undersigned attorneys, will move before the Honorable Harvey Bartle, III, U.S.D.J. in the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order granting LNRDM's Motion to Dismiss Plaintiffs' Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), and in the alternative, for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

-2-

**PLEASE TAKE FURTHER NOTICE** that LNRDM will rely upon its Brief and the Declaration of Robby Curtis submitted herewith in support of this application.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested unless no opposition is filed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

                                   Respectfully submitted,

                                   **LOWENSTEIN SANDLER LLP**
                                   Attorneys for Defendant LexisNexis Risk Data Management, LLC

Dated:  June 3, 2024            By:  */s/ A. Matthew Boxer*
                                         A. Matthew Boxer
                                         One Lowenstein Drive
                                         Roseland, New Jersey 07068
                                         973.597.2500
                                         mboxer@lowenstein.com