

Rajiv D. Parikh, Esq.
Partner
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

June 19, 2024

**VIA ELECTRONIC MAIL**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

      **Re:**   *John Doe-1, et al. v. LexisNexis Risk Data Management, LLC, et al.*
            **Civil Action No.** *1:24-cv-04566*

Dear Judge Bartle:

      We write on behalf of the parties to seek a modification of the Court's briefing schedule on the motion to dismiss in this action. As the Court is aware, L. Civ. R. 7.1(d)(5) authorizes an automatic extension of deadlines for responding to a dispositive motion. Nonetheless, due to the Court's case management of this action and the upcoming July 4 holiday, we thought it would be more prudent to confer with defense counsel on an acceptable schedule. The parties have done so and jointly submit the enclosed proposed Consent Order allowing for Plaintiffs' response to the motion to be filed by July 9, 2024 and a reply to be filed by Defendant on July 19, 2024.

      Thank you for the Court's consideration of this request and continued assistance with this matter.

      Respectfully,

      **PEM LAW LLP**

      *s/ Rajiv D. Parikh*
      RAJIV D. PARIKH

RDP:dmc
enc.
c:    Counsel of Record (via CM/ECF)