IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| v. | : | |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : | NO. 24-4566 |

ORDER

AND NOW, this 20th day of June, 2024, at the joint request of counsel, it is hereby ORDERED that:

(1) The order dated May 9, 2024 (Doc. #21) is VACATED;

(2) Plaintiffs shall file any brief in response to Defendants' Motion to Dismiss (Doc. #23) on or before July 9, 2024; and

(3) Defendants shall file any reply brief on or before July 19, 2024.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.