

Rajiv D. Parikh, Esq.
Partner
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

July 8, 2024

**VIA CM/ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
  District of New Jersey (by designation)
c/o United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    *John Doe 1 v. LexisNexis Risk Data Mangement Solutions, et al.,*
              **Civil Action No.: 24-5466 (HB)**

Dear Judge Bartle:

      We represent plaintiffs John Doe 1 and Jane Doe 2 in the above referenced action. As the Court is aware, this action is unique and different from Daniel's Law litigations which have been assigned to Your Honor and is operating on a separate track from those actions.

      The parties met and conferred in May and June 2024 and agreed to the entry of this Court's form Confidentiality Order as contained in Appendix S of the Local Civil Rules. Despite the parties' agreement, we erroneously failed to provide same to the Court for review and entry. As such, enclosed please find a proposed Confidentiality Order for this matter. We respectfully request that the Court review and enter same if approved.

      Thank you for the Court's attention to this matter.

                                      Respectfully submitted,

                                      **PEM LAW LLP**

                                        *s/ Rajiv D. Parikh*
                                      RAJIV D. PARIKH

c:      Counsel of Record (via CM/ECF)