```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

   RE:  JOHN DOE, et al. v. LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al.
        CIVIL ACTION NO.: 24-cv-4566

## IMPORTANT NOTICE

Please be advised that a telephone conference is scheduled for **July 25, 2024, at 11:30 a.m. (EST)** before the Honorable Harvey Bartle III.

The telephone conference call-in information is as follows:

        Call-in Number:    888-808-6929
        Access Code:       3900998

                      /s/ S. Renz
                      S. Renz
                      Judicial Assistant to
                      the Honorable Harvey Bartle III
                      215-597-2693

DATED: July 24, 2024