

**Rajiv D. Parikh, Esq.**
**Partner**
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

July 24, 2024

**VIA CM/ECF**
Hon. Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    *John Doe et al. v. LexisNexis Risk Data Management, LLC*
              Civil Action No. 1:24-cv-4566 (D.N.J.)

Dear Judge Bartle:

    We write on behalf of all counsel to respectfully request an adjournment of the telephone conference scheduled in the above referenced action for tomorrow, July 25, 2024.

    There are scheduling conflicts for several of my colleagues representing Plaintiffs who have a hearing before Chief Judge Seeborg in *Rodriguez v. Google, LLC*, No. 3:20-cv-4688 (N.D. Cal.) on Google's Motion for Summary Judgment following a January 3, 2024, certification of B2 and B3 classes. Defendant's counsel has also advised that they similarly have scheduling conflicts for tomorrow.

    In an effort to coordinate, counsel have conferred regarding availability on Friday, July 26, 2024 (which is limited due to travel from California back to the east coast), and also for Monday, July 29, 2024. If the Court is available, then counsel needed for the call are available:

    Friday, July 26, 2024, at 11:30 a.m.; or

    Monday, July 29, 2024, from 10:30 a.m. – 3 p.m.

    If these dates are not convenient for the Court, we wanted to note that the 30(b)(6) deposition of Atlas Data Privacy Corporation's corporate designee, related to subject matter jurisdiction in the Daniel's Law Compliance Litigation matters before Your Honor, will be taking place on Tuesday, July 30, 2024.

    Thank you for the Court's consideration of this joint request.



Hon. Harvey Bartle, III, U.S.D.J.
July 24, 2024
Page 2 of 2

                                    Respectfully submitted,

                                    **PEM LAW LLP**

                                    *s/Rajiv D. Parikh*
                                    RAJIV D. PARIKH

RDP/JAM:

c:      All counsel of record (via ECF)