```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

RE:  JOHN DOE, et al. v. LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al.
     CIVIL ACTION NO.: 24-cv-4566

<u>IMPORTANT NOTICE</u>

Please be advised that the telephone conference originally scheduled for July 25, 2024, at 11:30 a.m. (EST) has been **RESCHEDULED to July 26, 2024, at 11:30 a.m. (EST)** before the Honorable Harvey Bartle III.

The telephone conference call-in information is as follows:

```
        Call-in Number:     888-808-6929
        Access Code:        3900998
```

<pre>
                         /s/ S. Renz
                         S. Renz
                         Judicial Assistant to
                         the Honorable Harvey Bartle III
                         215-597-2693
</pre>

DATED: <u>July 25, 2024</u>