<u>UNITED STATES DISTRICT COURT</u>

<u>DISTRICT OF NEW JERSEY</u>

<u>MINUTES OF PROCEEDINGS</u>

<u>NEWARK OFFICE:</u>                                         <u>DATE OF PROCEEDINGS:</u> 7/26/24

<u>JUDGE:</u> Harvey Bartle III

<u>COURT REPORTER:</u>

<u>OTHERS:</u>                                                <u>DOCKET NO:</u> Civ. #24-4566

<u>TITLE OF CASE:</u>

JOHN DOE-1, et al.

    v.

LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al.

<u>APPEARANCES:</u>
Raj Parikh, Esq.
James Lee, Esq.
Adam Shaw, Esq.
Ryan McGee, Esq.
Mark Mao, Esq.
Matthew Boxer, Esq.
Gavin Rooney, Esq.

<u>NATURE OF PROCEEDINGS:</u>

Telephonic Status Conference Held

                                        /s/ Maria Cosma
                                          Law Clerk

Time Commenced:   11:30 AM         Time Adjourned:   11:54 AM