IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

RE: JOHN DOE, et al. v. LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al.
CIVIL ACTION NO.: 24-cv-4566

IMPORTANT NOTICE

Please be advised that a telephone conference is scheduled for **August 6, 2024, at 2:00 p.m. (EST)** before the Honorable Harvey Bartle III.

The telephone conference call-in information is as follows:

    Call-in Number:    888-808-6929
    Access Code:    3900998

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
215-597-2693

DATED: July 26, 2024