```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

   RE:  JOHN DOE, et al. v. LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al.
       CIVIL ACTION NO.: 24-cv-4566

<u>IMPORTANT NOTICE</u>

     Please be advised that the telephone conference originally scheduled for August 6, 2024 has been **RESCHEDULED** to **August 15, 2024, at 10:30 a.m. (EST)** before the Honorable Harvey Bartle III.

The telephone conference call-in information is as follows:

        Call-in Number:    888-808-6929
        Access Code:       3900998

                      /s/ S. Renz
                      S. Renz
                      Judicial Assistant to
                      the Honorable Harvey Bartle III
                      215-597-2693

DATED: <u>August 6, 2024</u>