

**Rajiv D. Parikh, Esq.**
**Partner**
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

August 7, 2024

**VIA CM/ECF**

Hon. Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    ***John Doe-1, et al. v. LexisNexis Risk Data Management, LLC, et al.***
              **Civil Action No. 1:24-cv-4566(HB)**

Dear Judge Bartle,

    Our firm represents plaintiffs John Doe-1 and John Doe-2 in connection with the above referenced matter. This correspondence to inform the Court that plaintiff Atlas Data Privacy Corporation's response to Defendants' Consolidated Motion to Dismiss in the case of *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 24-4105(HB), along with the Certification of Service, was inadvertently filed in this matter. (ECF No. 41).

    We apologize for this administrative error and any confusion it may have caused.

                              Respectfully submitted,

                              **PEM LAW LLP**

                              *s/ Rajiv D. Parikh*
                              RAJIV D. PARIKH

JM:RDP/dmc

c:       All counsel of record (via CM/ECF)