UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>CAMDEN OFFICE:</u>  <u>DATE OF PROCEEDINGS:</u> 8/22/24

<u>JUDGE:</u> Harvey Bartle III

<u>COURT REPORTER:</u>

<u>OTHERS:</u>  <u>DOCKET NO:</u> Civ. #24-4566

<u>TITLE OF CASE:</u>

JOHN DOE-1, et al.

    v.

LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al.

<u>APPEARANCES:</u>
Ryan McGee, Esq.
Adam Shaw, Esq.
Mark Mao, Esq.
Matthew Boxer, Esq.
Anna Giblin, Esq.

<u>NATURE OF PROCEEDINGS:</u>

Telephonic Status Conference Held


                                        /s/ Maria Cosma
                                            Law Clerk


Time Commenced:   2:00 PM          Time Adjourned:   2:13 PM