```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY


   JOHN DOE-1, et al.              :       CIVIL ACTION
                                   :
          v.                       :
                                   :
   LEXISNEXIS RISK SOLUTIONS,      :
   INC., et al.                    :       NO. 24-4566
```

ORDER

AND NOW, this 16th day of September 2024, it is hereby ORDERED that the June 3, 2024 motion of defendant to dismiss the complaint (Doc. #23) is DENIED as moot as the plaintiffs have now filed an amended complaint.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                  J.