**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Kathleen Barnett Einhorn, Esq. (040161992)
One Boland Drive
West Orange, NJ 07052
Tel.: (973) 577-5500
Email(s): rparikh@genovaburns.com
keinhorn@genovaburns.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civ. Action No. 24-4566-HB<br><br>**MOTION FOR ADMISSION OF ERIC PALMER** |

**TO:**   All Counsel of Record

**PLEASE TAKE NOTICE** that Plaintiffs Jane Doe-1 and Jane Doe-2, individual and on behalf of all others similarly situated, ("Plaintiffs") respectfully move this Court pursuant to Local Civ. R. 101.1(c) to admit Eric Palmer pro hac vice in connection with this matter.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Certification of Rajiv D. Parikh, Esq., and Eric Palmer in support of this application.

A proposed Order is attached.

Respectfully submitted,
**PEM LAW LLP**

By:   *s/ Rajiv D. Parikh*
RAJIV D. PARIKH