```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| LEXISNEXIS RISK SOLUTIONS, INC. | : | NO. 24-4566 |
|  | : |  |

ORDER

AND NOW, this 7th day of November, 2024, it is hereby ORDERED that the court will hold Oral Argument on **Monday, November 25, 2024 at 9:30 AM** in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the motion of Defendant LexisNexis Risk Solutions, Inc. to dismiss the amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #51).

BY THE COURT:

/s/   Harvey Bartle III
                    J.