IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 24-4566 |

<u>ORDER</u>

AND NOW, this 12th day of November, 2024, upon the unopposed oral request of plaintiffs John Doe-1 and Jane Doe-2, it is hereby ORDERED that Oral Argument is rescheduled to **Tuesday, December 3, 2024 at 9:30 AM** in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the motion of defendant LexisNexis Risk Solutions, Inc. to dismiss the amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 51).

BY THE COURT:

<u>/s/ Harvey Bartle III</u>
                    J.