# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC et al.,<br><br>Defendants | Civ. Action No. 24-4566-HB |

## PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF JULIA BRONT

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of JULIA BRONT, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

Certification of Counsel, Ms. Bront's Certification and a proposed order are submitted herewith.

Dated: December 2, 2024           Respectfully submitted,

By: *s/ Rajiv D. Parikh*
    Rajiv D. Parikh
    PEM Law LLP
    1 Boland Drive, Suite 101
    West Orange, NJ 07052
    Telephone: 973-577-5500
    Email: rparikh@pemlawfirm.com

1