# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC et al.,<br><br>Defendants | Civ. Action No. 24-4566-HB |

### CERTIFICATION OF RAJIV D. PARIKH IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Rajiv D. Parikh, of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a member of Pem Law LLP, attorneys for Plaintiff, Atlas Data Privacy Corporation ("Plaintiff" or "Atlas") in the above captioned matter. I am admitted to practice in the United States District Court for the District of New Jersey. I have personal knowledge of the information provided in this Certification.

2. I make this Certification pursuant to *Local Civ. R. 101.1(c)* in support of Plaintiff's Motion for an Order admitting Julia Bront *pro hac vice*.

3. As set forth in the accompanying Certification of Julia Bront, Ms. Bront is an associate of Boies Schiller Flexner LLP in San Francisco, CA.

4. Ms. Bront is an attorney in good standing in the State of California.

5. Plaintiff requested that Ms. Bront be admitted *pro hac vice* for this matter. Ms. Bront has particular experience in the relevant area of law and facts in this matter.

6. While now working with Ms. Bront on this matter, I have found her to be completely professional, diligent and competent, and I have quickly gained a respect for her and her abilities.

7. If Plaintiff's motion is granted, I will remain actively involved in this matter as local counsel and will ensure that all papers are prepared, filed, and served in the manner prescribed by the Local Civil Rules for the District of New Jersey, and will personally sign all papers such filed and served. In addition, if Plaintiff's motion is granted, I or a member of my firm will be present for all court appearances.

8. I will be responsible for the conduct of Ms. Bront in this litigation and, as local counsel, will comply with the requirements of *Local Civ. R. 101.1(c)*.

9. If Plaintiff's motion is granted, I will ensure that Ms. Bront fully complies with *Local Civ. R. 101.1(c)* including making the payments required to the New Jersey Lawyers' Fund for Client Protection.

10. If Plaintiff's motion is granted, Ms. Bront shall pay $250.00 to the Clerk of the District Court of New Jersey pursuant to *Local Civ. R.101.1(c)(3)*.

11. The within matter is scheduled for argument on Tuesday, December 3, 2024 which is the return date of a motion to dismiss the amended complaint and, as

such, Plaintiff respectfully requests that this motion to admit Ms. Bront *pro hac vice* be heard on short notice prior to the argument or at the Court's earliest convenience.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                            _s/ Rajiv D. Parikh_____
                            RAJIV D. PARIKH

Date: December 2, 2024