IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, et al.,<br><br>Plaintiffs,<br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC et al.,<br><br>Defendants | Civ. Action No. 24-4566-HB |

**CERTIFICATION OF JULIA BRONT IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Julia Bront, hereby certify that:

1. I submit this Certification in support of my application for admission *pro hac vice* in the above-captioned cases pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey on behalf of Plaintiff Atlas Data Privacy Corporation, in the above-captioned case.

2. I am an attorney and a member of the law firm Boies Schiller Flexner LLP, located at 44 Montgomery Street, 41st Floor, San Francisco, CA 94104, telephone: (415) 293-6800.  My email address is: jbront@bsfllp.com.

3. Since 2022, I have been and presently am a member of and in good standing with the Bar of the State of California. My bar license number is 348496.

4. I am admitted to practice before the following courts:

- State of California, admitted 12/14/2022, membership information is maintained by the State Bar of California located at 180 Howard St. San Francisco, CA 94105

- United States District Court for the Northern District of California, admitted 9/23/2024, membership information is maintained by the Attorney Admissions Deputy Clerk located at United States District Court, 450 Golden Gate Avenue, Box 36060 San Francisco, CA 94102-3489

- U.S. Court of Appeals for the Ninth Circuit, admitted 9/20/2024, membership information is maintained by the Office of the Clerk, located at U.S. Court of Appeals for the Ninth Circuit P.O. Box 193939, San Francisco, CA 94119-3939

5. I am presently a member in good standing of the bars of the courts listed above.

6. There are no pending disciplinary proceedings against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I have acquired a copy of the Local Rules of the United States District Court for the District of New Jersey, and I am generally familiar with those rules. I shall abide by all applicable rules of this Court, including all disciplinary rules, as a continuing condition of admission.

8. If admitted *pro hac vice*, I agree to:

(a) pay the *pro hac vice* admission fee of $250.00 payable to the Clerk of the United States District Court for the District of New Jersey, pursuant to Local Civ. R. 101.1(c);

(b) notify this Court immediately of any matter affecting my standing at the Bar of any Court to which I am admitted; and

(c) make payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2 and Local Civ. R. 101.1(c).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 25th day of November, 2024.

_____
JULIA BRONT