UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: December 3, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**   **DOCKET NO.:** 24-4566 (HB)

JOHN DOE-1, et al.
v
LEXISNEXIS RISK SOLUTIONS, INC., et al.

**APPEARANCES:**
Hsaiao Mao, Esq., Rajiv Parhikh, Esq., Julia Bront, Esq., Adam Shaw, Esq., and Ryan McGee, Esq., for Plaintiffs.
Matthew Boxer, Esq., and Gavin Rooney, Esq., for Defendants.

**NATURE OF PROCEEDINGS**:   HEARING ON [51] MOTION TO DISMISS AMENDED COMPLAINT

**DISPOSITION:**

Hearing on Defendants' [51] Motion to Dismiss Amended Complaint held on the record. Motion taken under advisement pending further briefing.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 9:30a.m.   Time Adjourned:  11:05a.m.   Total Time in Court: 1:35