IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 24-4566 |

ORDER

AND NOW, this 3rd day of December, 2024, it is hereby ORDERED that:

(1) Defendant LexisNexis Risk Solutions, Inc. shall file on or before January 6, 2025 at 4:00 p.m. a supplemental brief on federal preemption of the New Jersey Identity Theft Protection Act; and

(2) Plaintiffs John Doe-1 and Jane Doe-2 shall file a responsive supplemental brief on or before January 13, 2025 at 4:00 p.m.

BY THE COURT:

*Harvey Bartle III*        J.