IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.          :          CIVIL ACTION
                            :
        v.                  :
                            :
LEXISNEXIS RISK SOLUTIONS,  :          NO. 24-4566
INC., et al.                :

ORDER

AND NOW, this 27th day of January, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant LexisNexis Risk Solutions, Inc. to dismiss the amended complaint (Doc. # 51) is GRANTED with leave for plaintiffs to file a second amended complaint on or before February 6, 2025 to bring a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. only.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.