UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:24-cv-4566-HB |

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY [L. CIV. R. 6.1(b)]**

Application is hereby made for a Clerk's Order pursuant to Local Civil Rule 6.1 extending the time within which Defendant LexisNexis Risk Solutions Inc. ("LexisNexis") may answer, move, or otherwise respond to the Second Amended Class Action Complaint (the "Complaint") filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained in connection with this pleading; and
2. Defendant's time to answer, move or otherwise respond to the Complaint currently expires on February 20, 2025.

**LOWENSTEIN SANDLER LLP**
Attorneys for Defendant LexisNexis Risk Solutions Inc.

By:  *s/ A. Matthew Boxer*
     A. Matthew Boxer

Dated: February 7, 2025

-2-

**LOCAL RULE 6.1(b) CLERK'S ORDER GRANTING AN EXTENSION OF TIME**

    **IT IS**, on this _____ day of February, 2025 hereby

    **ORDERED** that the Local Rule 6.1(b) Application of Defendant LexisNexis for an extension of time to answer, move or otherwise respond to the Complaint be and hereby is **GRANTED**.

    **IT IS FURTHER ORDERED** that pursuant to Local Rule 6.1(b), the time within which Defendant may answer, move or otherwise respond to the Complaint is extended for a period of fourteen (14) days from February 20, 2025 to **March 6, 2025**.

Order Dated: _____

                  MELISSA E. RHOADS, ESQ., Clerk

                  By: _____
                      Deputy Clerk