```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY


JOHN DOE-1, et al.              :        CIVIL ACTION
                                :
        v.                      :
                                :
LEXISNEXIS RISK SOLUTIONS,      :        NO. 24-4566
INC., et al.                    :
```

**NOTICE OF RULE 16 TELEPHONE CONFERENCE - CANCELLATION**

The **RULE 16 TELEPHONE CONFERENCE** in the above matter scheduled for **February 25, 2025,** at **11:00 a.m. (EST)** with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106 has been **CANCELLED.**

```
                         /s/ S. Renz
                         S. Renz
                         Judicial Assistant to
                         the Honorable Harvey Bartle III
                         United States District Court Judge
                         215-597-2693
```

DATED: February 24, 2025

HB/slr
Copies sent via ECF notification