# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1- 10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. 1:24-cv-04566 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO LEXISNEXIS'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND RESET BRIEFING SCHEDULE

Considering the Motion for Extension of Time to Respond to LexisNexis's Motion to Dismiss Plaintiffs' Second Amended Complaint and to reset briefing schedule filed by Plaintiffs,

IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiffs shall have until April 7, 2025 to file a response to LexisNexis's Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion") and LexisNexis shall have until April 21, 2025 to file a reply in support of the Motion.

Entered this __20th__ day of March, 2025.

/s/ Harvey Bartle III
_____
J.
