```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, | : | |
| INC., et al. | : | NO. 24-4566 |

## ORDER

AND NOW, this 16th day of April, 2025, it is hereby ORDERED that the court will hold **ORAL ARGUMENT** on the motion of defendant LexisNexis Risk Solutions, Inc. to dismiss plaintiff's second amended complaint in Courtroom 1 of the United States Courthouse in Camden, New Jersey on Thursday, April 24, 2025, at 10:00 a.m.

                               BY THE COURT:


                               /s/ Harvey Bartle III
                                                  J.