UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:  April 24, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**           **DOCKET NO.:** 24-4566 (HB)

JOHN DOE-1, et al.
v
LEXISNEXIS RISK SOLUTIONS, INC., et al.

**APPEARANCES:**
Adam Shaw, Esq., and Jessica Merejo, Esq., for Plaintiffs.
Matthew Boxer, Esq., and Gavin Rooney, Esq., for Defendants.

**NATURE OF PROCEEDINGS**:   HEARING ON [73] MOTION TO DISMISS SECOND AMENDED COMPLAINT

**DISPOSITION:**

Hearing on Defendants' [73] Motion to Dismiss Second Amended Complaint held on the record. Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 9:55a.m.     Time Adjourned:   11:15a.m.     Total Time in Court: 1:20