IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 24-4566 |

ORDER

AND NOW, this 7th day of May, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendant LexisNexis Risk Solutions, Inc. to dismiss plaintiffs' complaint (Doc. #73) is GRANTED in part and DENIED in part;

(2) The motion of defendant LexisNexis Risk Solutions, Inc. to dismiss plaintiffs' claims under § 1681c-1(i)(2)(A) and § 1681c-1(i)(4)(H) is DENIED; and

(3) The motion of defendant LexisNexis Risk Solutions, Inc. to dismiss plaintiffs' claims for lack of standing is otherwise GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                        J.