```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY


    JOHN DOE-1, et al.              :       CIVIL ACTION
                                    :
          v.                        :
                                    :
    LEXISNEXIS RISK SOLUTIONS,      :
    INC., et al.                    :       NO. 24-4566
```

**NOTICE OF TELEPHONE CONFERENCE**

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **May 15, 2025**, at **10:30 a.m. (EST)** with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiff's counsel is instructed to get all counsel on the telephone and then call in to Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693

DATED: May 8, 2025

HB/slr
Copies sent via ECF notification