

A. Matthew Boxer
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 422-6454
F: (973) 422-6455
E: mboxer@lowenstein.com

May 12, 2025

**VIA ECF**

Hon. Harvey Bartle III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street
Courtroom 16-A
Philadelphia, PA 19106

Re: *John Doe-1 and Jane Doe-2, individually and on behalf of all others similarly situated v. LexisNexis Risk Solutions Inc. et al.*
*Civil Action No. 1:24-cv-04566*

Dear Judge Bartle:

This firm represents Defendant LexisNexis Risk Solutions Inc. in the above-referenced case. With Plaintiffs' consent, we write to request an adjournment of the telephone conference that has been scheduled for Thursday, May 15, 2025, at 10:30 a.m.

We have prior scheduling conflicts on May 15. However, we have conferred with Plaintiffs' counsel and all counsel are available the following day, May 16, 2025. We therefore write to respectfully request that the teleconference be adjourned to May 16. If May 16 is not a convenient date for the Court, we would be happy to confer with opposing counsel regarding other dates on which all counsel are available.

We thank Your Honor for your consideration.

Respectfully submitted,

*/s/ A. Matthew Boxer*

A. Matthew Boxer

cc: All Counsel of Record (via ECF)