IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, | : | |
| INC., et al. | : | NO. 24-4566 |

**NOTICE OF TELEPHONE CONFERENCE - RESCHEDULED**

The **TELEPHONE CONFERENCE** in the above matter originally scheduled for May 15, 2025, at 10:30 a.m. (EST) with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106 has been **RESCHEDULED** to **May 22, 2025, at 2:30 p.m.**

Plaintiff's counsel is instructed to get all counsel on the telephone and then call in to Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693

DATED: May 13, 2025

HB/slr
Copies sent via ECF notification