```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY


   JOHN DOE-1, et al.              :     CIVIL ACTION
                                   :
         v.                        :
                                   :
   LEXISNEXIS RISK SOLUTIONS,      :
   INC., et al.                    :     NO. 24-4566
```

**NOTICE OF TELEPHONE CONFERENCE - RESCHEDULED**

The **TELEPHONE CONFERENCE** in the above matter originally scheduled for May 15, 2025, at 10:30 a.m. (EST) with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106 has been **RESCHEDULED** to **May 21, 2025, at 2:30 p.m. and not May 22, 2025 as previously noticed.**

Plaintiff's counsel is instructed to get all counsel on the telephone and then call in to Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

```
                                   /s/ S. Renz
                                   S. Renz
                                   Judicial Assistant to
                                   the Honorable Harvey Bartle III
                                   United States District Court Judge
                                   215-597-2693
```

DATED: May 13, 2025

HB/slr
Copies sent via ECF notification