## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                                   **DATE OF PROCEEDINGS:** 5/21/2025

**JUDGE:** Harvey Bartle III

**COURT REPORTER:**

**OTHERS:**                                          **DOCKET NO:** Civ. #24-4566

**TITLE OF CASE:**

JOHN DOE-1, et al.

      v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

**APPEARANCES:**
Ryan McGee, Esq. for pltfs.
Rajiv D. Parikh, Esq. for pltfs.
Adam Shaw, Esq. for defts.
A. Matthew Boxer, Esq. for defts.
Gavin J. Rooney, Esq. for defts.

**NATURE OF PROCEEDINGS:**

Telephonic Status Conference Held

/s/ Margaret J. Hart

Time Commenced: 2:30 PM     Time Adjourned: 3:05 PM