IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 24-4566 |
| | : | |

ORDER

AND NOW, this 21st day of May, 2025, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  All discovery, focusing on class action certification, shall proceed forthwith and continue in such as manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by May 22, 2026;

(2)  Plaintiffs shall file any motion for class certification along with supporting brief on or before June 5, 2026;

(3)  Defendants shall file any responsive brief on or before June 26, 2026; and

(4)  Plaintiffs shall file any reply brief on or before July 10, 2026.

BY THE COURT:

/s/   Harvey Bartle III
                              J.