UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action 1:24-cv-04566<br>Hon. Harvey Bartle, III, U.S.D.J.<br><br><br><br>**STIPULATION AND ORDER** |

As evidenced by the signatures of their counsel appearing below, the parties agree and stipulate as follows:

1. Defendant LexisNexis Risk Solutions Inc.'s ("LexisNexis") deadline to file an answer to the Second Amended Complaint is extended by thirty days, such that LexisNexis must file its answer on or before June 20, 2025.

2. The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by June 4, 2025.

[*Signature page follows*]

-2-

| By: | */s/ Rajiv Parikh* | By: | */s/ A. Matthew Boxer* |
|---|---|---|---|
| | Rajiv Parikh | | A. Matthew Boxer |
| | PEM Law LLP | | Lowenstein Sandler LLP |
| | 1 Boland Drive, Suite 101 | | One Lowenstein Drive |
| | West Orange, NJ 07052 | | Roseland, NJ 07068 |
| | *Attorneys for Plaintiffs* | | *Attorneys for Defendant* |
| | Dated: May 20, 2025 | | Dated: May 20, 2025 |

IT IS SO ORDERED this 28th day of May 2025.

/s/ Harvey Bartle III
　　　　　　　　　　　　　　　　　　J.