```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.              :       CIVIL ACTION
                                :
        v.                      :
                                :
LEXISNEXIS RISK SOLUTIONS,      :
INC., et al.                    :       NO. 24-4566
_____

J.V., et al.                    :       CIVIL ACTION
                                :
        v.                      :
                                :
LEXISNEXIS RISK SOLUTIONS,      :
INC., et al.                    :       NO. 25-18288
```

ORDER

AND NOW, this 8th day of January 2026, after a status conference with counsel in No. 25-18288, it is hereby ORDERED that:

(1) Any motion to vacate the transfer of these actions to the undersigned, together with supporting brief, for service in these cases shall be filed on or before January 22, 2026;

(2) Any opposition briefs shall be filed on or before February 5, 2026.

(3) Any reply briefs shall be filed on or before February 13, 2026.

                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.