**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. 1:24-cv-04566<br>Honorable Harvey Bartle, III, U.S.D.J.<br><br><br><br>**NOTICE OF MOTION**<br>**TO COMPEL ATLAS DATA PRIVACY CORPORATION'S COMPLIANCE WITH SUBPOENA** |

**PLEASE TAKE NOTICE** that on April 20, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant LexisNexis Risk Solutions Inc. ("LNRS"), by and through its undersigned attorneys, will move before the Honorable Harvey Bartle, III, U.S.D.J. in the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order compelling Atlas Data Privacy Corporation's compliance with subpoena pursuant to Federal Rule of Civil Procedure 45.

**PLEASE TAKE FURTHER NOTICE** that LNRS will rely upon its Brief and Certification submitted herewith in support of this application.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if an opposition is filed.

-2-

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Attorneys for Defendant LexisNexis Risk
Solutions Inc.

Dated: March 24, 2026                By: */s/ A. Matthew Boxer*
                                          A. Matthew Boxer
                                          One Lowenstein Drive
                                          Roseland, New Jersey 07068
                                          973.597.2500
                                          mboxer@lowenstein.com