IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, | : | NO. 24-4566 |
| INC., et al. | : | |

_____

| | | |
|---|---|---|
| J.V., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS | : | NO. 25-18288 |
| INC., et al. | : | |

ORDER

AND NOW, this 25th day of March 2026, for the reasons
stated in the foregoing Memorandum, it is hereby ORDERED that
the motions of the plaintiffs in the above actions to transfer
and revoke designation and assignment are DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                J.