IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.                 :        CIVIL ACTION
                                   :
          v.                       :
                                   :
LEXISNEXIS RISK SOLUTIONS,         :
INC., et al.                       :        NO. 24-4566

### NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matter to discuss the Motion to Compel Atlas Data Privacy Corporation's Compliance with Subpoena (Doc. #100) has been scheduled for **April 2, 2026,** at **11:00 a.m. (EST)** with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiff's counsel is instructed to get all counsel on the telephone and then call Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693

DATED: March 26, 2026

HB/slr
Copies sent via ECF notification