IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.                :        CIVIL ACTION
                                  :
        v.                        :
                                  :
LEXISNEXIS RISK SOLUTIONS,        :        NO. 24-4566
INC., et al.                      :

ORDER

AND NOW, this 26th day of March 2026, it is hereby ORDERED that:

(1)  the motion of the plaintiff for leave to file an amended complaint (Doc. #95) is GRANTED; and

(2)  plaintiffs John Doe-3 and John Doe-4 shall respond to any interrogatories, requests for production of documents, and requests for admissions within 15 days after service.

_____

Plaintiffs bring this putative class action under the Fair Credit Reporting Act (15 U.S.C. § 1681(c)-1(i)(2)(A)). Plaintiffs seek to file a third amended complaint.  The proposed amendment consists of dropping John Doe-1 as a plaintiff, retaining Jane Doe-2, and adding John Doe Doe-3 and John Doe-4. Otherwise, there are no material changes.

Rule 15(a)(2) of the Federal Rules of Civil Procedure states that the "court should freely give leave [to amend a

pleading] when justice so requires." However, the court is not required to do so if the amendment would cause undue delay, the moving party has acted in bad faith, the non-moving party would suffer prejudice, or the amendment would be futile. Foman v. Davis, 371 U.S. 178, 182 (1962); Long v. Wilson, 393 F.3d 390, 400 (3d Cir. 2004).

On May 21, 2025, the court entered an order that "all discovery, focusing on class certification" shall be completed by May 22, 2025. Any motion for class certification shall be filed by June 5, 2026.

The proposed third amended complaint, in the court's view, will not cause undue delay or prejudice to the defendant. Sufficient time remains to take discovery from the new plaintiffs before the May 22, 2026 deadline. The court has shortened the time for the new plaintiffs to respond to written discovery. Finally, plaintiffs have not acted in bad faith and the amendment is not futile.

Accordingly, the plaintiffs' motion to file an amended complaint is being granted.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.

-2-