UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:                                    DATE OF PROCEEDINGS: 4/2/2026

JUDGE: Harvey Bartle III

COURT REPORTER:

OTHERS:                                           DOCKET NO: Civ. #24-4566


TITLE OF CASE:

JOHN DOE-1, et al.

          v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

APPEARANCES:
Rajiv D. Parikh, Esq.
Adam Shaw, Esq.
Jessica A. Merejo, Esq.
A. Matthew Boxer, Esq.
Gavin J. Rooney, Esq.
Rasmeet Kaur Chahil, Esq.
Rahul Agarwal, Esq. (For Third Party Subpoena Recipient)
Diana A. Reisman, Esq. (For Third Party Subpoena Recipient)


NATURE OF PROCEEDINGS:

Telephonic Status Conference Held


                              /s/ Anne K. Mills_____


Time Commenced:____11:00 AM_____Time Adjourned:_____11:25 AM_____