IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.          :          CIVIL ACTION
                            :
        v.                  :
                            :
LEXISNEXIS RISK SOLUTIONS,  :          NO. 24-4566
INC., et al.                :

ORDER

AND NOW, this 2nd day of April 2026, after a telephone conference with counsel for the parties and counsel for Atlas Data Privacy Corporation, it is hereby ORDERED that:

(1)  the motion of the defendant to compel Atlas Data Privacy Corporation's compliance with subpoena (Doc. #100) is DENIED; and

(2)  the subpoena to Atlas Data Privacy Corporation from defendant to produce documents, information, or objects served on October 27, 2025 is QUASHED.

BY THE COURT:

/s/  Harvey Bartle III
                                              J.