IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.              :          CIVIL ACTION
                               :
        v.                     :
                               :
LEXISNEXIS RISK SOLUTIONS,      :          NO. 24-4566
INC., et al.                   :

ORDER

AND NOW, this 2nd day of April 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  The Scheduling Order dated May 21, 2025 (Doc. #88), is VACATED.

(2)  All discovery, focusing on class action certification, shall proceed forthwith and continue in such as manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by June 5, 2026;

(3)  Plaintiffs shall file any motion for class certification along with supporting brief on or before June 22, 2026;

(4)  Defendants shall file any responsive brief on or before July 13, 2026; and

(5)  Plaintiffs shall file any reply brief on or before July 27, 2026.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.