**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendants. | Civil Action No. 1:24-cv-04566<br>Honorable Harvey Bartle, III, U.S.D.J.<br><br><br>**NOTICE OF MOTION TO COMPEL PLAINTIFF JANE DOE-2 TO COMPLY WITH CERTAIN DISCOVERY REQUESTS** |

**PLEASE TAKE NOTICE** that on May 4, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant LexisNexis Risk Solutions Inc. ("LNRS"), by and through its undersigned attorneys, will move before the Honorable Harvey Bartle, III, U.S.D.J. in the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order compelling Plaintiff Jane Doe-2 ("Doe-2") to produce documents in response to LNRS's First Set of Requests for Production of Documents and to further respond to LNRS's Interrogatories.

**PLEASE TAKE FURTHER NOTICE** that LNRS will rely upon its Brief and Certification submitted herewith in support of this application.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if an opposition is filed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

-2-

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Attorneys for Defendant LexisNexis Risk
Solutions Inc.


Dated:  April 9, 2026                          By: */s/ A. Matthew Boxer*
                                                    A. Matthew Boxer
                                                    One Lowenstein Drive
                                                    Roseland, New Jersey 07068
                                                    973.597.2500
                                                    mboxer@lowenstein.com