IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.          :          CIVIL ACTION
                              :
      v.                  :
                              :
LEXISNEXIS RISK SOLUTIONS,  :
INC., et al.             :          NO. 24-4566

<u>**NOTICE OF TELEPHONE CONFERENCE**</u>

A **TELEPHONE CONFERENCE** in the above matter to discuss two pending motions to compel (Doc. #110 and #111) has been scheduled for **April 14, 2026,** at **2:30 p.m. (EST)** with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiff's counsel is instructed to get all counsel on the telephone and then call Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693

DATED: <u>April 13, 2026</u>

HB/slr
Copies sent via ECF notification