UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:                                      DATE OF PROCEEDINGS: 4/14/2026

JUDGE: Harvey Bartle III

COURT REPORTER:

OTHERS:                                            DOCKET NO: Civ. #24-4566


TITLE OF CASE:

JOHN DOE-1, et al.

            v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

APPEARANCES:
Rajiv D. Parikh, Esq.
Adam Shaw, Esq.
Jessica A. Merejo, Esq.
A. Matthew Boxer, Esq.
Gavin J. Rooney, Esq.
Rasmeet Kaur Chahil, Esq.


NATURE OF PROCEEDINGS:

Telephonic Status Conference Held



                              /s/ Anne K. Mills



Time Commenced:____2:30 PM_____Time Adjourned:_____3:15 PM_____