IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.                 :          CIVIL ACTION
                                   :
        v.                         :
                                   :
LEXISNEXIS RISK SOLUTIONS,         :          NO. 24-4566
INC., et al.                       :

ORDER

AND NOW, this 15th day of April 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  the motion of the plaintiffs to compel discovery from defendant LexisNexis Risk Solutions, Inc. (Doc. #110) is GRANTED in part and DENIED in part;

(2)  Defendant shall produce documents and answer interrogatories related to any relevant policies and procedures concerning security freezes and Daniel's Law for the period from June 1, 2020 through June 1, 2024;

(3)  Defendant shall produce other documentation such as emails and answer other interrogatories related to security freezes and any references to Daniel's Law with respect to security freezes for the period from January 1, 2023 through June 1, 2024;

(4)  Defendant shall produce the relevant documents and the answer relevant interrogatories on or before April 30, 2026; and

-2-

(5)  the motion is otherwise DENIED.


                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.