IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.              :            CIVIL ACTION
                                :
        v.                      :
                                :
LEXISNEXIS RISK SOLUTIONS,      :            NO. 24-4566
INC., et al.                    :

ORDER

AND NOW, this 15th day of April 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  the motion of the defendant LexisNexis Risk Solutions, Inc. to compel Plaintiff Jane Doe-2 to comply with certain discovery requests (Doc. #111) is GRANTED in part and DENIED in part;

(2)  Plaintiff shall answer all interrogatories and produce all documents related to paragraph 30 of the third amended complaint on or before April 30, 2026; and

(3)  the motion is otherwise DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.