

**Rasmeet K. Chahil**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T:  (973) 422-6720
F:  (973) 597-2400
E:  rchahil@lowenstein.com

May 6, 2026

**VIA CM/ECF**

Honorable Harvey Bartle III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Jane Doe-2 et al. v. LexisNexis Risk Solutions Inc.* (Case No. 1:24-cv-04566)
      **Telephone Conference on Plaintiffs' Motion to Compel – Adjournment Request**

Dear Judge Bartle:

This firm represents Defendant LexisNexis Risk Solutions Inc. in the above-referenced case. We write to request a one-day adjournment of the telephone conference on Plaintiffs' motion to compel (Dkt. 120), currently scheduled for May 12, 2026.  Plaintiffs consent to this request.

Given the upcoming discovery deadline, the parties have carefully coordinated depositions, and counsel of record will be participating in an all-day deposition of an out-of-state witness on May 12, 2026.  We thus respectfully request that the telephone conference be adjourned to the afternoon of May 13, 2026, so that the parties can complete this deposition.

We appreciate the Court's attention to this matter.

Respectfully,

Rasmeet K. Chahil

cc:     Counsel of record, via ECF