IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY


JOHN DOE-1, et al.                :            CIVIL ACTION

       v.                   :

LEXISNEXIS RISK SOLUTIONS,   :        NO. 24-4566
INC., et al.               :

### NOTICE OF TELEPHONE CONFERENCE - RESCHEDULED

The **TELEPHONE CONFERENCE** in the above matter to discuss the pending motion to compel (Doc. # 120) that was originally scheduled for May 12, 2026, at 2:00 p.m. (EST) with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106 has been **RESCHEDULED** to **May 13, 2026, at 3:00 p.m.** pursuant to request from counsel.

Plaintiff's counsel is instructed to get all counsel on the telephone and then call Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.


/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693


DATED: May 6, 2026

HB/slr
Copies sent via ECF notification