<u>UNITED STATES DISTRICT COURT</u>

<u>DISTRICT OF NEW JERSEY</u>

<u>MINUTES OF PROCEEDINGS</u>

<u>CAMDEN OFFICE:</u>                                   <u>DATE OF PROCEEDINGS:</u> 5/13/2026

<u>JUDGE:</u> Harvey Bartle III

<u>COURT REPORTER:</u>

<u>OTHERS:</u>                                           <u>DOCKET NO:</u> Civ. #24-4566


<u>TITLE OF CASE:</u>

JOHN DOE-1, et al.

        v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

<u>APPEARANCES:</u>
Rajiv D. Parikh, Esq.
Adam Shaw, Esq.
Julia Broad, Esq.
Kate Kozain, Esq.
A. Matthew Boxer, Esq.
Gavin J. Rooney, Esq.
Bernadette Darcy, Esq.


<u>NATURE OF PROCEEDINGS:</u>

Telephonic Status Conference Held


                        /s/ Nicole Spicer
                         Deputy Clerk


Time Commenced:    3:00 PM          Time Adjourned:      3:45 PM