IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, | : | NO. 24-4566 |
| INC., et al. | : | |

ORDER

AND NOW, this 14th day of May 2026, after a telephone conference with counsel, it is hereby ORDERED that the motion of the plaintiffs to compel discovery from defendant (Doc. #120) is DENIED.


BY THE COURT:


/s/  Harvey Bartle III
                                                J.