**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4 individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendants. | Civil Action No. 1:24-cv-04566<br>Honorable Harvey Bartle III, U.S.D.J.<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

LexisNexis Risk Solutions Inc. ("LNRS") in the above-captioned action certifies as follows:

1.      LNRS is not a publicly owned company, nor does it own ten percent or more of the

stock of any publicly owned company.  LNRS is a wholly owned subsidiary of LexisNexis Risk

Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX

Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings

Limited is a wholly owned subsidiary of RELX (Holdings) Limited.  RELX (Holdings) Limited is

a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

Dated: May 26, 2026

By: _/s/ A. Matthew Boxer_

A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
**LOWENSTEIN SANDLER LLP**
_Attorneys for Defendant_
_LexisNexis Risk Solutions Inc._