**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1- 10, fictitious names of unknown entities,<br><br>Defendants. | Case No. 1:24-cv-04566 |

**MOTION FOR *PRO HAC VICE* ADMISSION OF KATE KOZAIN FULLAM**

TO: All Counsel of Record

Pursuant to Local Civ. Rule 101.1(c), Jessica A. Merejo, counsel for Plaintiffs Jane Doe-2, John Doe-3, and John Doe-4 ("Plaintiffs"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves this Court for the admission *pro hac vice* of Kate Kozain Fullam, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Plaintiffs.

Certification of Counsel, Ms. Kozain Fullam's Certification and a proposed order are submitted herewith.

1

June 2, 2026                              Respectfully submitted,

By:    s/ *Jessica A. Merejo*
       Jessica A. Merejo, Esq. (288592020)
       **PEM Law LLP**
       1 Boland Drive, Suite 101
       West Orange, New Jersey 07052
       Tel.: (973) 577-5500
       Email: jmerejo@pemlawfirm.com