**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1- 10, fictitious names of unknown entities,<br><br>Defendants. | Case No. 1:24-cv-04566<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION TO COMPEL**

TO: All Counsel of Record

Plaintiffs, by and through their undersigned attorneys, will move before the Honorable Harvey Bartle, III, U.S.D.J. in the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order compelling Defendant LexisNexis Risk Solutions Inc. to produce documents improperly withheld on the basis of privilege and as being irrelevant to the instant action.

1

Certification of Counsel, Brief in Support of Plaintiffs' Motion to Compel, Certificate of Service, and a Proposed Order are submitted herewith.

June 2, 2026                              Respectfully submitted,

                          By:    s/ *Jessica A. Merejo*
                                 Jessica A. Merejo, Esq. (288592020)
                                 **PEM Law LLP**
                                 1 Boland Drive, Suite 101
                                 West Orange, New Jersey 07052
                                 Tel.: (973) 577-5500
                                 Email: jmerejo@pemlawfirm.com