

|  | **A. Matthew Boxer**<br>Partner | One Lowenstein Drive<br>Roseland, New Jersey 07068 |

T:  (973) 422-6454
F:  (973) 422-6455
E:  mboxer@lowenstein.com

June 3, 2026

**VIA ECF**

Hon. Harvey Bartle III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street
Courtroom 16-A
Philadelphia, PA 19106

**Re:**   ***Jane Doe-2, John Doe-3, and John Doe-4, individually and on behalf of all others similarly situated v. LexisNexis Risk Solutions Inc. et al.***
***Civil Action No. 1:24-cv-04566***

Dear Judge Bartle:

This firm represents Defendant LexisNexis Risk Solutions Inc. ("LNRS") in the above-referenced matter.  We are in receipt of Plaintiffs' Motion to Compel ("Motion") filed on June 2, 2026, and we write to note the following.

Your Honor's Policies and Procedures limit briefs in support of discovery motions to five pages. Plaintiffs are aware of this requirement as they have complied with it in previous filings.  *See* Dkts. 110; 120.  Plaintiffs' fourteen-page brief in support of their Motion is overlength.  To our knowledge, Plaintiffs did not seek permission to file an overlength brief.

Your Honor's Policies and Procedures also require the parties to meet and confer prior to the filing of such a motion.  The parties have not yet met and conferred on several of the issues raised in the Motion, which is a violation of the Local Rules.  *See* D.N.J. Local Civ. R. 37.1(b)(1); E.D. Pa. Local Civ. R. 26.1(f).  Indeed, we have not ever heard Plaintiffs make some of the arguments they are setting forth, and those arguments came as a surprise to us.

As Your Honor is aware, discovery in this matter concludes this Friday, June 5, 2026.  *See* Dkt. 109.  In filing this Motion, Plaintiffs are raising issues that should have been raised weeks if not months ago.  For example, if Plaintiffs wanted to negotiate search terms in this case, they should have done so before LNRS's document review and production.  Plaintiffs also appear to be re-raising issues already ruled upon by Your Honor.  While Plaintiffs appear to be scrambling to uncover support for their claims, their motion for class certification remains due to be filed by June 22, 2026.  It is not clear if they are seeking an extension of that deadline.

In the event the Court is inclined to consider Plaintiffs' overlength and seemingly untimely Motion, LNRS respectfully requests that Your Honor provide LNRS with an opportunity to file an opposition brief of equal length (fourteen pages) by June 12, 2026, in order to appropriately rebut the myriad misleading contentions set forth in the Motion.

---

**NEW YORK   PALO ALTO   ROSELAND   SALT LAKE CITY   SAN FRANCISCO   WASHINGTON, D.C.   WILMINGTON**

© 2026 Lowenstein Sandler LLP

**lowenstein.com**

Hon. Harvey Bartle III, U.S.D.J.                                    June 3, 2026
                                                                        Page 2


We thank the Court for its consideration.

Respectfully submitted,

*/s/ A. Matthew Boxer*
A. Matthew Boxer

cc:      All Counsel of Record (via ECF)

