# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4 individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>        Defendants. | Civil Action No. 1:24-cv-04566<br>Honorable Harvey Bartle III, U.S.D.J.<br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on July 20, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant LexisNexis Risk Solutions Inc. ("LNRS"), by and through its undersigned attorneys, will move before the Honorable Harvey Bartle III, U.S.D.J. in the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order granting LNRS's Motion to Seal.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs do not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, LNRS shall rely upon the following: (1) Certification of Rasmeet Chahil, Esq.; (2) Index as required by Local Civil Rule 5.3(c)(3); and (3) Proposed Findings of Fact and Conclusions of Law as required by Local Civil Rule 5.3(c)(3), (6). No brief is necessary pursuant to Local Civil Rule 5.3(c)(1).

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is incorporated into the Proposed Findings of Fact and Conclusions of Law.

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
*Attorneys for Defendant LexisNexis Risk*
*Solutions Inc.*

Dated:  June 18, 2026          By: */s/ A. Matthew Boxer*
                                   A. Matthew Boxer, Esq.
                                   Gavin J. Rooney, Esq.
                                   Rasmeet Chahil, Esq.
                                   One Lowenstein Drive
                                   Roseland, New Jersey 07068
                                   973.597.2500
                                   mboxer@lowenstein.com
                                   grooney@lowenstein.com
                                   rchahil@lowenstein.com