## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4, individually and on behalf of all others similarly situated, | Civil Action No.: 1:24-cv-04566 Honorable Harvey Bartle III, U.S.D.J. |
| Plaintiffs, |  |
| v. | **JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, |  |
| Defendants. |  |

**WHEREAS**, Plaintiffs filed a Complaint on March 4, 2024 against Defendant LexisNexis Risk Solutions Inc. ("LexisNexis");

**WHEREAS**, Defendant LexisNexis filed a response to Plaintiffs' Amended Complaint on June 18, 2025;

**WHEREAS**, Plaintiff Jane Doe-2 now seeks to voluntarily dismiss her claims against LexisNexis as a class representative, and to join the putative class as an absent class member; and

**WHEREAS**, Jane Doe-2 agrees she will not refile an individual action against LexisNexis for the claims at issue in this Litigation.

**NOW THEREFORE,** the parties hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiff Jane Doe-2 voluntarily dismisses her claims against LexisNexis as a class representative pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii).

2. This dismissal is *with prejudice* with respect to Plaintiff Jane Doe-2 refiling an individual action against LexisNexis for the claims at issue in this Litigation.

3. This dismissal is *without prejudice* with respect to Plaintiff Jane Doe-2 joining the putative class as an absent class member.

4. Each party will bear its own costs, expenses, and attorneys' fees relating to Plaintiff Jane Doe-2's claims as a class representative in this Litigation.

Dated: June 11, 2026

Respectfully Submitted,

By:  */s/ Rasmeet K. Chahil*  
     Rasmeet K. Chahil

By:  */s/ Rajiv D. Parikh*  
     Rajiv D. Parikh

LOWENSTEIN SANDLER LLP  
A. Matthew Boxer  
Gavin J. Rooney  
Rasmeet K. Chahil  
One Lowenstein Drive  
Roseland, New Jersey 07068  
Telephone: (973) 597-2500  
Email: mboxer@lowenstein.com  
grooney@lowenstein.com

PEM LAW LLP  
Rajiv D. Parikh  
Kathleen Barnett Einhorn  
Jessica A. Merejo  
1 Boland Dr., Suite 101  
West Orange, New Jersey 07052  
Telephone: (973) 557-5700  
Email: rparikh@pemlawfirm.com  
keinhorn@pemlawfirm.com

rchahil@lowenstein.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

jmerejo@pemlawfirm.com
BOIES SCHILLER FLEXNER LLP
Adam Shaw (admitted *pro hac vice*)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao (admitted *pro hac vice*)
Julia Bront (admitted *pro hac vice*)
Kate Kozain (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Email: mmao@bsfllp.com
jbront@bsfllp.com
kkozain@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 357-8434
Email: jlee@bsfllp.com

Eric Palmer (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

Samantha Parrish (*pro hac vice* to be filed)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Email: sparrish@bsfllp.com

*Attorneys for Plaintiffs*

3