# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No.: 1:24-cv-04566<br><br>Honorable Harvey Bartle, III, U.S.D.J.<br><br>**Motion Day: August 3, 2026**<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

*Attorneys for Plaintiffs*

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Emails:  rparikh@pemlawfirm.com
         keinhorn@pemlawfirm.com
         jmerejo@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw (admitted *pro hac vice*)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao (admitted *pro hac vice*)
Julia Bront (admitted *pro hac vice*)
Kate Kozain (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, California 94104

Telephone: (415) 293-6800
Email:  mmao@bsfllp.com
        jbront@bsfllp.com
        kkozain@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE Second Street, Suite
2800 Miami, Florida 33131
Telephone: (305) 357-8434
Email: jlee@bsfllp.com

Eric Palmer (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs John Doe-3 and John Doe-4 ("Plaintiffs"), by and through their undersigned attorneys, respectfully move for class certification in accordance with Fed. R. Civ. P. 23(a) and 23(b)(3), against Defendants LexisNexis Risk Solutions Inc. ("Lexis"), Richard Roes 1-10, and ABC Companies 1-10 ("Defendants").  Plaintiffs respectfully request that the Court certify the Primary Class and Insurance Subclass pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3).

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs further request that the Court appoint the following Class Counsel, pursuant to Fed. R. Civ. P. 23(g): Rajiv D. Parikh, Esq., Adam R. Shaw, Esq., and Mark C. Mao, Esq.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiffs will rely upon the Declaration of Rajiv D. Parikh, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(c)(1) and L. Civ. R. 78.1, this Motion is returnable on August 3, 2026; and pursuant to the Court's Scheduling Order (ECF No. 109), any opposition papers shall be filed by Defendants on or before July 13, 2026; and any reply papers shall be filed by Plaintiffs on or before July 27, 2026.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument if timely opposition is filed in response to this Motion.

Respectfully submitted,

By:    */s/ Rajiv D. Parikh*
RAJIV D. PARIKH

Dated: June 22, 2026

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Emails:  rparikh@pemlawfirm.com
        keinhorn@pemlawfirm.com
        jmerejo@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw (admitted *pro hac vice*)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao (admitted *pro hac vice*)
Julia Bront (admitted *pro hac vice*)
Kate Kozain (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Email:  mmao@bsfllp.com
        jbront@bsfllp.com
        kkozain@bsfllp.com

James Lee (admitted *pro hac vice*)

100 SE Second Street, Suite
2800 Miami, Florida 33131
Telephone: (305) 357-8434
Email: jlee@bsfllp.com

Eric Palmer (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Civil Action No.: 1:24-cv-04566 <br><br> Honorable Harvey Bartle, III, U.S.D.J. <br><br> **Motion Day: August 3, 2026** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The matter having come before the Court by way of Plaintiffs' Motion for Class Certification ("Motion"), and the Court having considered the submissions of the parties, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), the Court certifies the following Classes:

- Primary Class: Fair Credit Report Act, 15 U.S.C. § 1681c-1(i)(2)(A).

- o All persons who contacted LexisNexis Risk Solutions Inc. or SageStream requesting that the recipient cease disclosure of the persons' home addresses and/or phone numbers pursuant to New Jersey's Daniel's Law, for whom Defendants implemented security freezes in response to those requests.

- Insurance Subclass: Fair Credit Report Act, 15 U.S.C. § 1681c-1(i)(4)(H).

  - o All persons who are members of the Primary Class and who, while their security freezes were in place, directly or indirectly sought consumer reporting information for purposes related to insurance underwriting, for which Defendants did not furnish a consumer report as a result of the security freeze.

And it is further **ORDERED** that Rajiv D. Parikh Esq., Adam R. Shaw, Esq., and Mark C. Mao, Esq. are hereby appointed as Class Counsel, pursuant to Fed. R. Civ. P. 23(g).

**IT IS SO ORDERED.**

Dated: _____, 2026                    BY THE COURT:

_____
Honorable Harvey Bartle III, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No.: 1:24-cv-04566<br><br>Honorable Harvey Bartle, III, U.S.D.J.<br><br>**Motion Day: August 3, 2026**<br><br><br>**CERTIFICATION OF SERVICE** |

I, JESSSICA A. MEREJO, hereby certify that:

1. I am an attorney and counsel with the law firm of PEM Law LLP, attorneys for Plaintiffs in the above-captioned matter.

2. On June 22, 2026, I caused true and correct copies of Plaintiffs' (1) Motion for Class Certification; (2) Memorandum of Law in Support of Motion; (3) Declaration of Rajiv D. Parikh, Esq. in Support of Motion; (4) [Proposed] Order; (5) Expert Report of Evan Hendricks; (6) this Certification of Service; and all exhibits attached thereto to be served on all counsel of record via the Court's CM/ECF system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By:  */s/ Jessica A. Merejo*
　　 JESSSICA A. MEREJO

Dated: June 22, 2026

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Emails:  rparikh@pemlawfirm.com
　　　　 keinhorn@pemlawfirm.com
　　　　 jmerejo@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw (admitted *pro hac vice*)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao (admitted *pro hac vice*)
Julia Bront (admitted *pro hac vice*)
Kate Kozain (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Email:  mmao@bsfllp.com
　　　　 jbront@bsfllp.com
　　　　 kkozain@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE Second Street, Suite
2800 Miami, Florida 33131
Telephone: (305) 357-8434
Email: jlee@bsfllp.com

Eric Palmer (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE-2, JOHN DOE-3, and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No.: 1:24-cv-04566<br><br>Honorable Harvey Bartle, III, U.S.D.J.<br><br>**Motion Day: August 3, 2026** |

**DECLARATION OF RAJIV D. PARIKH, ESQ. IN SUPPORT OF PLAINTIFFS MOTION FOR CLASS CERTIFICATION**

I, RAJIV D. PARIKH, hereby certify that:

1.     I am an attorney and a partner of the law firm of PEM Law LLP, located at 1 Boland Drive, Suite 101, West Orange, New Jersey 07052.

2.     I am counsel of record for Plaintiffs in the above-captioned matter and am fully familiar with the facts set forth herein.

3.     For the reasons set forth in the Memorandum of Law and based on this Declaration and supporting exhibits attached hereto, Plaintiffs move for certification of the following Class and Subclass:

4.     Primary Class: Fair Credit Report Act, 15 U.S.C. § 1681c-1(i)(2)(A).

i. All persons who contacted LexisNexis Risk Solutions Inc. or SageStream requesting that the recipient cease disclosure of the persons' home addresses and/or phone numbers pursuant to New Jersey's Daniel's Law, for whom Defendants implemented security freezes in response to those requests.

5.     Insurance Subclass: Fair Credit Report Act, 15 U.S.C. § 1681c-1(i)(4)(H).

i. All persons who are members of the Primary Class and who, while their security freezes were in place, directly or indirectly sought consumer reporting information for purposes related to insurance underwriting, for which Defendants did not furnish a consumer report as a result of the security freeze.

6.     Attached hereto as **Exhibit 1** is a true and correct copy of LexisNexis Risk Solutions Inc.'s ("Lexis") Consumer Portal webpage, Request a Security Freeze page, produced by Lexis with the Bates range LNRS00106320 to LNRS00106322.

7.     Attached hereto as **Exhibit 2** is a true and correct copy of Lexis's Consumer Portal webpage, State Summary of Consumer Rights page, produced by Lexis with the Bates range LNRS00106329 to LNRS00106333.

8.　　　Attached hereto as **Exhibit 3** is a true and correct copy of a document accessible on Lexis's website titled Request a Security Freeze, produced by Lexis with the Bates range LNRS00106326 to LNRS00106328.

9.　　　Attached hereto as **Exhibit 4** is a true and correct copy of Lexis's Security Freeze and Lift/Removal policy, produced by Lexis with the Bates range LNRS00151595 to LNRS00151619.

10.　　Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiffs' Expert Report of Evan Hendricks in Support of Plaintiffs' Motion for Class Certification.

11.　　Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the May 29, 2026 deposition of Lexis's 30(b)(6) designee, Richard Gardner.

12.　　Attached hereto as **Exhibit 7** is a true and correct copy of the comment submitted by Andrew M. Smith on behalf of Lexis in response to the Consumer Financial Protection Bureau's Request For Information Regarding Data Brokers and Other Business Practices Involving the Collection and Sale of Consumer Information.

13.　　Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the May 14, 2026 deposition of Lexis employee, Stephanie Johnson.

14.    Attached hereto as **Exhibit 9** is a true and correct copy of the Declaration of Patrick Colligan, produced by Patrick Colligan with the Bates range Colligan_00000001 to Colligan_00000005.

15.    Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from Defendant Lexis's Responses and Objections to Plaintiffs' First Set of Requests for Admission.

16.    Attached hereto as **Exhibit 11** is a true and correct copy of an email from Elise Quadrozzi dated January 17, 2024, produced by Lexis with the Bates number LNRS00148814.

17.    Attached hereto as **Exhibit 12** is a true and correct copy of the excerpts from the May 19, 2026 deposition of former Lexis employee, Elise Quadrozzi.

18.    Attached hereto as **Exhibit 13** is a true and correct copy of an email chain among Lexis employees dated February 21, 2024, produced by Lexis with the Bates range LNRS00147530 to LNRS00147574.

19.    Attached hereto as **Exhibit 14** is a true and correct copy of Lexis's Information Assurance Data Protection slide deck, produced by Lexis with the Bates range LNRS00151620 to LNRS00151913.

20.    Attached hereto as **Exhibit 15** is a true and correct copy of the Declaration of Mary A. Methvin, produced by Experian Information Solutions Inc. with the Bates range EXPERIAN_00000001to EXPERIAN_00000002.

21.    Attached hereto as **Exhibit 16** is a true and correct copy of the Declaration of Lisa Willis produced by Equifax with the Bates range EQUIFAX_00000001 to EQUIFAX_00000003.

22.    Attached hereto as **Exhibit 17** is a true and correct copy of the Declaration of Leslie Floyd produced by TransUnion with the Bates range TRANSUNION_00000001 to TRANSUNION_00000002.

23.    Attached hereto as **Exhibit 18** is a true and correct copy of an excerpt from Defendant Lexis's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, Nos. 18 & 20.

24.    Attached hereto as **Exhibit 19** is a true and correct copy of an email chain between John Doe-3, Ryan Van Syckel, and Kerry Carr, dated March 25, 2025, produced by John Doe-3 with the Bates range JOHNDOE3-00000011 to JOHNDOE3-00000014.

25.    Attached hereto as **Exhibit 20** is a true and correct copy of an email chain between John Doe-4 and Cindy Rosado, dated June 20, 2025, produced by John Doe-4 with the Bates range JOHNDOE4-00000101 to JOHNDOE4-00000106.

26.    Attached hereto as **Exhibit 21** is a true and correct copy of a State Farm Declarations page produced by John Doe-4 with the Bates range JOHNDOE4-00000143 to JOHNDOE4-00000146.

27.     Attached hereto as **Exhibit 22** is a true and correct copy of an Excel file of the individuals for whom Lexis imposed security freezes that was produced by Lexis with the Bates Number LNRS00106373, converted to a PDF.

28.     Attached hereto as **Exhibit 23** is a true and correct copy of an Excel file of the individuals for whom Lexis imposed security freezes that was produced by Lexis with the Bates Number LNRS00106371, converted to a PDF.

29.     Attached hereto as **Exhibit 24** is a true and correct copy of a Daniel's Law Request John Doe-4 addressed to Lexis, dated January 3, 2024, produced by Lexis with the Bates Number LNRS00066967.

30.     Attached hereto as **Exhibit 25** is a true and correct copy of a Daniel's Law Request John Doe-4 addressed to Lexis, dated January 3, 2024, produced by Lexis with the Bates Number LNRS00066968.

31.     Attached hereto as **Exhibit 26** is a true and correct copy of the excerpts from the May 12, 2026 deposition of Lexis employee, Mary Shively.

32.     Attached hereto as **Exhibit 27** is a true and correct copy of an Excel file of the individuals for whom Lexis did not impose a security freeze that was produced by Lexis with the Bates Number LNRS00106372, converted to a PDF.

33.     Attached hereto as **Exhibit 28** is a true and correct copy of an Excel file documenting the calls Lexis's consumer center received from covered persons

regarding the security freezes that was produced by Lexis with the Bates Number LNRS00147516, converted to a PDF.

34. Attached hereto as **Exhibit 29** is a true and correct copy of an email from a covered person to Lexis, dated January 8, 2025, produced by Lexis with the Bates number LNRS00147441.

35. Attached hereto as **Exhibit 30** is a true and correct copy of an Excel file listing the FCRA inquiries made on named Plaintiffs that was produced by Lexis with the Bates number LNRS00166175, converted to a PDF.

36. Attached hereto as **Exhibit 31** is a true and correct copy of a CSV file listing the insurance-specific inquires made on named Plaintiffs that was produced by Lexis with the Bates number LNRS00166176, converted to a PDF.

37. Attached hereto as **Exhibit 32** is a true and correct copy of the excerpts from the May 21, 2026, deposition of Lexis employee, Shezlon Khan.

38. Attached hereto as **Exhibit 33** is a true and correct copy of a Daniel's Law Request John Doe-3 addressed to Lexis, dated January 2, 2024 produced by Lexis with the Bates number LNRS00057142.

39. Attached hereto as **Exhibit 34** is a true and correct copy of a Daniel's Law Request John Doe-3 addressed to SageStream, dated January 27, 2024, produced by Lexis with the Bates number LNRS00092853.

40.     Attached hereto as **Exhibit 35** is a true and correct copy of an email from Lexis notifying John Doe-3 that it implemented a Security Freeze, dated January 18, 2024, produced by Lexis with the Bates range LNRS00132382 toLNRS00132383.

41.     Attached hereto as **Exhibit 36** is a true and correct copy of a Daniel's Law Request John Doe-4 addressed to SageStream, dated January 28, 2024, produced by Lexis with the Bates number LNRS00073251.

42.     Attached hereto as **Exhibit 37** is a true and correct copy of from an email from Lexis notifying John Doe-4 that it implemented a Security Freeze, dated January 19, 2024, produced by Lexis with the Bates range LNRS00114854 to LNRS00114855.

43.     Attached hereto as **Exhibit 38** is a true and correct copy of a Lexis document, MBS-CD 3.0 Redaction Request (Daniel's Law). (FCRA) Requirements – DRAFT v0.3, produced by Lexis with Bates range LNRS00150033 to LNRS00150037.

44.     Attached hereto as **Exhibit 39** is a true and correct copy of a Lexis policy, New Jersey Daniel's Law, produced by Lexis with Bates range LNRS00150789 to LNRS00150794.

45.    Attached hereto as **Exhibit 40** is a true and correct copy of a Lexis policy, Opt Outs, produced by Lexis with Bates range LNRS00157438 to LNRS00157455.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of June, 2026.

Respectfully submitted,

By:    */s/ Rajiv D. Parikh*
       RAJIV D. PARIKH

Dated: June 22, 2026

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Emails:  rparikh@pemlawfirm.com
         keinhorn@pemlawfirm.com
         jmerejo@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw (admitted *pro hac vice*)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao (admitted *pro hac vice*)
Julia Bront (admitted *pro hac vice*)
Kate Kozain (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Email:  mmao@bsfllp.com
        jbront@bsfllp.com
        kkozain@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE Second Street, Suite
2800 Miami, Florida 33131
Telephone: (305) 357-8434
Email: jlee@bsfllp.com

Eric Palmer (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

*Attorneys for Plaintiffs*