IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE-1, et al.              :           CIVIL ACTION
                               :
          v.                   :
                               :
LEXISNEXIS RISK SOLUTIONS,      :           NO. 24-4566
INC., et al.                   :

ORDER

AND NOW, this 9th day of July 2026, it appearing that the pending motion of plaintiffs to compel discovery (Doc. #140) is duplicative of their prior motion to compel discovery (Doc. #129), it is hereby ORDERED that the pending motion of plaintiffs to compel discovery (Doc. #140) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                        J.