**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JOHN DOE-3 and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                    Defendants. | Civil Action No. 1:24-cv-04566<br>Honorable Harvey Bartle III, U.S.D.J. |

**DECLARATION OF A. MATTHEW BOXER, ESQ. IN SUPPORT OF
DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, A. Matthew Boxer, Esq., of full age, declare as follows:

1.      I am a Partner at Lowenstein Sandler LLP and counsel for Defendant LexisNexis Risk Solutions Inc. ("LNRS").  I submit this Declaration in support of LNRS's Opposition to Plaintiffs John Doe-3 ("Doe-3") and John Doe-4's ("Doe-4") (collectively, "Plaintiffs") Motion for Class Certification.

2.      Attached hereto as **Exhibit A** is a true and accurate copy of the Complaint filed in *Atlas Data Priv. Corp. v. LexisNexis Risk Data Mgmt., LLC,* No. BER-L-875-24 (Law Div. Feb. 8, 2024), Trans ID: LCV2024361114.

3.      Attached hereto as **Exhibit B** is a true and accurate copy of excerpts from the June 5, 2026, deposition of Doe-3.

4.      Attached hereto as **Exhibit C** is a true and accurate copy of a January 2, 2024, e-mail sent from Doe-4's AtlasMail account addressed to "LexisNexis" requesting non-disclosure

of his name and phone number, Bates No. JOHNDOE4-00000035.

5.      Attached hereto as **Exhibit D** is a true and accurate copy of a January 2, 2024, e-mail sent from Doe-4's AtlasMail account addressed to "LexisNexis" requesting non-disclosure of his name and home address, Bates No. JOHNDOE4-00000037.

6.      Attached hereto as **Exhibit E** is a true and accurate copy of a February 5, 2024, letter from the LexisNexis Consumer Center to Doe-3 confirming the placement of a security freeze and providing him with instructions on how to lift the freeze, Bates No. LNRS00150458–LNRS00150465.

7.      Attached hereto as **Exhibit F** is a true and accurate copy of a February 17, 2024, e-mail from Matt Adkisson, Chief Executive Officer of Atlas Data Privacy Corp., to Doe-3 providing instructions regarding an e-mail template that Atlas members could use to request that their security freeze be removed, produced by Doe-3 with Bates No. JOHNDOE3-00000021.

8.      Attached hereto as **Exhibit G** is a true and accurate copy of an e-mail and attachment from Doe-4 to consumer.document@lexisnexisrisk.com requesting a temporary lift of his security freeze, Bates Nos. JOHNDOE4-00000165–JOHNDOE4-00000166.

9.      Attached hereto as **Exhibit H** is a true and accurate copy of excerpts from Plaintiff Jane Doe-2's Responses and Objections to LNRS's First Set of Interrogatories and excerpts from her Supplemental Responses to LNRS's First Set of Interrogatories.

10.     Attached hereto as **Exhibit I** is a true and accurate copy of Plaintiff John Doe-1's ("Doe-1") Capital One credit card Application Summary marked "Approved," produced by Capital One with Bates No. THIRDPARTY-CAPITALONE-000374.

11.     Attached hereto as **Exhibit J** is a true and accurate copy of a document produced by Capital One, Bates No. THIRDPARTY-CAPITALONE-000347, reflecting information

received from TransUnion, Experian, and Equifax in connection with Doe-1's application for a credit card.

12.    Attached hereto as **Exhibit K** is a true and accurate copy of a February 23, 2024, letter from Capital One to Doe-1 confirming his approval for a Capital One credit card and referencing his Experian credit score, produced by Capital One with Bates Nos. THIRDPARTY-CAPITALONE-000356–THIRDPARTY-CAPITALONE-000364.

13.    Attached hereto as **Exhibit L** is a true and accurate copy of a February 1, 2024, letter from TD Bank to Doe-1 confirming his conditional approval for a home equity line of credit, produced by TD Bank with Bates Nos. THIRDPARTY-TD-000178–THIRDPARTY-TD-000182.

14.    Attached hereto as **Exhibit M** is a true and accurate copy of an Equifax report for Doe-1 received by TD Bank in connection with Doe-1's loan application, produced by TD Bank with Bates No. THIRDPARTY-TD-000362.

15.    Attached hereto as **Exhibit N** is a true and accurate copy of excerpts from the June 2, 2026, deposition of Doe-4.

16.    LNRS issued subpoenas to the following twelve companies regarding the claims of Doe-3 and Doe-4: (1) American Express National Bank; (2) Chernavsky Insurance Agency Inc.; (3) Mattress Firm, Inc.; (4) Morristown Motors, Inc. d/b/a Toyota of Morristown; (5) Route One Corporation; (6) Selective Fire & Casualty Insurance Company; (7) State Farm Insurance Company; (8) Synchrony Bank; (9) Toyota Motor Credit Corporation d/b/a Toyota Financial Services; (10) Van Syckel, Inc.; (11) Verizon Communications Inc.; and (12) Wells Fargo Bank, N.A.

17.    Attached hereto as **Exhibit O** is a true and accurate copy of a June 19, 2026, letter from Synchrony Bank confirming Doe-4's opening of a Mattress Firm credit card issued by

Synchrony Bank, Bates No. THIRDPARTY-SYN0000001.

18.     Attached hereto as **Exhibit P** is a true and accurate copy of an April 21, 2025, Wells Fargo business account application submitted by Doe-4 and his wife, produced by Wells Fargo with Bates Nos. WF000001–WF000019.

19.     Attached hereto as **Exhibit Q** is a true and accurate copy of an April 30, 2025, Wells Fargo account statement for Doe-4's wife's business account, produced by Wells Fargo with Bates Nos. WF000020–WF0000024.  The statement shows an "Etransfer IN Branch/Store" made on April 21, 2025, the same date as the account application in Exhibit P, reflecting the successful opening of the account.

20.     Attached hereto as **Exhibit R** is a true and accurate copy of an email chain from May 13, 2025 through June 20, 2025, between Doe-4 and a State Farm agent concerning the issuance of insurance policies and a quote for a business policy for a coffee shop, produced by Doe-4 with Bates Nos. JOHNDOE4-00000184–JOHNDOE4-00000191.

21.     Attached hereto as **Exhibit S** is a true and accurate copy of an August 2025 email chain between Doe-4 and a State Farm agent concerning the issuance of Doe-4's insurance policies for a truck and trailer with the policy documents attached, produced by Doe-4 with Bates Nos. JOHNDOE4-00000147–JOHNDOE4-00000163.

22.     Attached hereto as **Exhibit T** is a true and accurate copy of a June 4, 2026, Declaration of Jamie Calvasina, State Farm Underwriting Team Manager.

23.     Attached hereto as **Exhibit U** is a true and accurate copy of a March 26, 2025, email and attachment from Doe-3 to his insurance agent providing a copy of Doe-3 driver's abstract, produced by Doe-3 with Bates Nos. JOHNDOE3-00000015–JOHNDOE3-00000020.

24.     Attached hereto as **Exhibit V** is a true and accurate copy of a June 29, 2026,

Certification of Lisa Schellenger, Personal Lines Underwriting Supervisor at Selective Fire & Casualty Insurance Company.

25.     Attached hereto as **Exhibit W** is a true and accurate copy of a credit report for Doe-4 procured by Synchrony Bank from TransUnion, produced by Synchrony Bank with Bates Nos. THIRDPARTY-SYN0000024–THIRDPARTY-SYN0000037.

26.     Attached hereto as **Exhibit X** is a true and accurate copy of a May 1, 2026, Certification of Sean Sweeney, salesperson at Morristown Motors Inc. d/b/a Toyota of Morristown.

27.     Attached hereto as **Exhibit Y** is a true and accurate copy of LNRS's Supplemental Responses and Objections to Plaintiffs' Interrogatory Nos. 18 and 20.

28.     In discovery, at Bates Nos. LNRS00151926-LNRS00152320, LNRS produced a list of individuals who submitted Daniel's Law nondisclosure requests using AtlasMail email addresses in December 2023 and January 2024 for whom a security freeze was placed.  17,351 individuals are listed.  The document is hundreds of pages long and has not been entered on the docket because of its size, but can be provided if the Court wishes to review it.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026                    */s/ A. Matthew Boxer*
                                        A. Matthew Boxer, Esq.

-5-