**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN DOE-3 and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. 1:24-cv-04566<br>Honorable Harvey Bartle III, U.S.D.J.<br><br><br>**CERTIFICATE OF SERVICE** |

I, A. Matthew Boxer, of full age, do hereby certify as follows:

1.  I am a Partner at Lowenstein Sandler LLP, attorneys for Defendant LexisNexis Risk Solutions Inc. ("LNRS").

2.  On July 13, 2026, I caused a true and correct copy of the following documents to be filed under seal via the Court's CM/ECF filing system and served via email upon counsel of record for Plaintiffs:

   a.  Brief in Opposition to Plaintiffs' Motion for Class Certification;

   b.  Declaration of Richard Gardner, Esq.;

   c.  Declaration of Ted Watabe;

-2-

    d.   Declaration of Troy G. Kubes of FTI Consulting, Inc.; and

    e.   Exhibits B through Y to the Declaration of A. Matthew Boxer, Esq.

3.    On July 13, 2026, I also caused a true and correct copy of the following documents to be filed and be served upon all counsel of record via the Court's CM/ECF system:

    a.   Declaration of A. Matthew Boxer, Esq. with Exhibit A; and

    b.   This Certificate of Service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026                           */s/ A. Matthew Boxer*
                                                A. Matthew Boxer, Esq.