**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE-3 and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No.: 1:24-cv-04566<br><br>Honorable Harvey Bartle III, U.S.D.J. |

**PARTIES' JOINT MOTION TO SEAL**

The Parties, and through their undersigned attorneys, will move before the Honorable Harvey Bartle III, U.S.D.J. in the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order to Seal the documents as set forth in the attached Index.

In support of the within Motion, the Parties shall rely upon the following: (1) Declaration of Rajiv D. Parikh, Esq.; (2) Certification of Rasmeet Chahil, Esq.; (3) Index as required by Local Civil Rule 5.3(c)(3); and (4) Proposed Findings of Fact

and Conclusions of Law as required by Local Civil Rule 5.3(c)(3), (6). No brief is necessary pursuant to Local Civil Rule 5.3(c)(1).

A proposed form of Order is incorporated into the Proposed Findings of Fact and Conclusions of Law.

Dated: August 11, 2026

Respectfully submitted,

By:    */s/ Rasmeet K. Chahil*

By:    */s/ Rajiv D. Parikh*

RASMEET K. CHAHIL

RAJIV D. PARIKH

**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer, Esq.
Gavin J. Rooney, Esq.
Rasmeet Chahil, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
mboxer@lowenstein.com
grooney@lowenstein.com
rchahil@lowenstein.com

*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Emails:  rparikh@pemlawfirm.com
               keinhorn@pemlawfirm.com
               jmerejo@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw (admitted *pro hac vice*)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao (admitted *pro hac vice*)
Julia Bront (admitted *pro hac vice*)
Kate Kozain (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800

Email:  mmao@bsfllp.com
        jbront@bsfllp.com
        kkozain@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE Second Street, Suite
2800 Miami, Florida 33131
Telephone: (305) 357-8434
Email: jlee@bsfllp.com

Eric Palmer (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

*Attorneys for Plaintiffs*