IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, | : | NO. 24-4566 |
| INC., et al. | : | |

ORDER

AND NOW, this 26th day of August 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiffs for class certification pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.