Lowenstein Sandler

**Rasmeet K. Chahil**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 422-6720
F: (973) 597-2400
E: rchahil@lowenstein.com

September 1, 2026

**VIA CM/ECF**

Honorable Harvey Bartle III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:** ***Jane Doe-2 et al. v. LexisNexis Risk Solutions Inc.*** **(Case No. 1:24-cv-04566)**
**Telephone Conference – Adjournment Request**

Dear Judge Bartle:

This firm represents Defendant LexisNexis Risk Solutions Inc. in the above-referenced case. We write to request a brief adjournment of the telephone conference scheduled for this Thursday, September 3, 2026. Plaintiffs consent to this request.

Lead counsel for Defendant, A. Matthew Boxer, Esq. and Gavin Rooney, Esq., are both traveling and unavailable on September 3. We have conferred with Plaintiffs' counsel, and counsel for all parties are available next Thursday, September 10 or Friday, September 11 for the conference. We thus respectfully request that the telephone conference be adjourned to one of those dates.

We appreciate the Court's attention to this matter.

Respectfully,

Rasmeet Chahil

Rasmeet K. Chahil

cc: Counsel of record, via ECF



© 2026 Lowenstein Sandler LLP