# Exhibit 24

Message

| | |
|---|---|
| **From:** | [redacted]@atlasmail.com [redacted]@atlasmail.com] |
| on behalf of | [redacted]@atlasmail.com] |
| **Sent:** | 1/3/2024 3:03:05 AM |
| **To:** | RIS-GLO Privacy [privacy@lexisnexisrisk.com] |
| **Subject:** | Data Subject Request - Redaction/nondisclosure Request |

[You don't often get email from [redacted]@atlasmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

*** External email: use caution ***

LexisNexis
January 3, 2024

To Whom It May Concern:

I am a "Covered Person" as defined by New Jersey law P.L. 2023, c.113, P.L.2021, c.371 (as amended, the "Act"). Pursuant to the Act and Section 3 of New Jersey P.L.2015, c.226 (C.56:8-166.1) (as amended), I hereby request that you not disclose or re-disclose on the Internet or otherwise make available, the following protected information:

Name: [redacted]

Home Address: [redacted]

Sincerely,
[redacted]