# EXHIBIT C

atlas PRIVACY

This email is a legal takedown notice asserting your rights under Daniel's Law.

# Data Subject Request - Redaction/nondisclosure Request

**From** [redacted] <[redacted]@atlasmail.com>
**To** privacy@lexisnexisrisk.com
**Date** Tue, Jan 2, 2024 10:03 PM UTC-0500

LexisNexis
January 3, 2024

To Whom It May Concern:

I am a "Covered Person" as defined by New Jersey law P.L. 2023, c.113, P.L.2021, c.371 (as amended, the "Act"). Pursuant to the Act and Section 3 of New Jersey P.L.2015, c.226 (C.56:8-166.1) (as amended), I hereby request that you not disclose or re-disclose on the Internet or otherwise make available, the following protected information:

Name: [redacted]

Phone: [redacted]

Sincerely,
[redacted]

Reply Forward

All Mail Inbox Starred Drafts Menu