IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al.<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., et al. | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 24-4566 |

| | | |
|---|---|---|
| J.V., et al.<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., et al. | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 25-18288 |

**NOTICE OF TELEPHONE CONFERENCE - TIME CHANGE ONLY**

The **TELEPHONE CONFERENCES** originally scheduled in the above matters for **September 10, 2026**, at **1:30 p.m. (EST)** with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106 have been **RESCHEDULED** for **2:00 p.m.**

Plaintiffs' counsel is instructed to get all counsel on the telephone and then call Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693

DATED: September 8, 2026

HB/slr
Copies sent via ECF notification