IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 24-4566 |
| | : | |

ORDER

AND NOW, this 14th day of September 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1) this action is STAYED pending resolution of Plaintiff's Petition for permission to appeal under Rule 23(f) of the Federal Rules of Civil Procedure; and

(2) parties shall promptly notify this court of any decision from the United States Court of Appeals for the Third Circuit.

BY THE COURT:

/s/ Harvey Bartle III
J.