**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE-3 and JOHN DOE-4, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No.: 1:24-cv-04566<br><br>Honorable Harvey Bartle, III, U.S.D.J. |

**PLAINTIFFS' EMERGENCY MOTION TO SEAL**

Plaintiffs move the Court for entry of an Order to Seal Exhibit B to Defendant LexisNexis Risk Solutions Inc.'s Response in Opposition to Plaintiffs' Motion for Class Certification for the following reasons:

1. Plaintiffs filed a Motion for Class Certification in this matter, to which Defendant filed a Response in Opposition. Both briefs attached numerous exhibits, many of which contained information covered by the Confidentiality Order entered in this case. The parties met and conferred as to sealing and filed a Joint Motion to Seal, which the Court granted. Then, the parties filed the confidential documents with redactions or as slip sheets, for those under seal.

2. During the review of the exhibits, counsel for Plaintiffs inadvertently omitted Defendant's Exhibit B from the Appendix of documents needing redactions.

3. Exhibit B contains personally identifying information for class representative John Doe-3, who is proceeding under pseudonym to protect his safety and privacy, as well as the full names of his immediate family members, who are absent class members. All three are covered persons under Daniel's Law.

4. Daniel's Law affords additional protections to covered persons because of the heightened and unique threat of harm they face due to the nature of their public service. This Motion is brought to maintain and enforce those very protections afforded to covered persons under Daniel's Law.

5. Disclosure of Plaintiffs' and absent class members' information would result in serious injury, for example, by placing Plaintiffs and absent class members at an increased risk of harm based on their status as covered persons under Daniel's Law. Because Plaintiffs are covered persons who face a heightened and unique threat of harm by virtue of their public service, public disclosure of their personally identifying information would undermine the very protections that Daniel's Law was enacted to provide.

6. The public is generally entitled to view and access documents filed in court. However, for the same reasons discussed in the parties' Joint Motion to Seal, ECF No. 147, the public has no need or right to view or access the personal identifying

information of the class representative proceeding under pseudonym nor of absent class members, which was inadvertently disclosed by Counsel.

7. Through error of counsel, John Doe-3 and his family members stand to have their identities revealed and their safety or privacy violated through the use of their personal identifying information viewable by the public.

8. Accordingly, Plaintiffs substantiate the need for an emergency motion based on real, irreparable harm.

9. Attached hereto as Exhibit 1 is the redacted version of Exhibit B Plaintiffs seek to file once Exhibit B is sealed, should the Court grant this Motion.

10. Exhibit 1 is the same as the previously filed Exhibit B in every respect except for the use of "black bar" redaction over identifying personal information.

11. Defendant does not oppose the exhibit Plaintiffs seek to seal or redact in this Motion.

12. A declaration from Plaintiffs' counsel and a proposed form of Order are also attached to the instant Motion.

**WHEREFORE**, Plaintiffs move the Court for emergency relief sealing Exhibit B filed in support of Defendant's Response in Opposition to Plaintiffs' Motion for Class Certification.

Dated: September 15, 2026

Respectfully submitted,

By: */s/ Jessica A. Merejo*
JESSICA A. MEREJO

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Emails: rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw (admitted *pro hac vice*)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao (admitted *pro hac vice*)
Julia Bront (admitted *pro hac vice*)
Kate Kozain (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Email: mmao@bsfllp.com
jbront@bsfllp.com
kkozain@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE Second Street, Suite
2800 Miami, Florida 33131
Telephone: (305) 357-8434
Email: jlee@bsfllp.com

Eric Palmer (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

*Attorneys for Plaintiffs*