IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 24-4566 |

ORDER

AND NOW, this 16th day of September 2026, having considered Plaintiff's Emergency Motion to Seal Exhibit B Pursuant to Local Civil Rule 5.3(c)(3), and having found that there are legitimate interests warranting the relief sought which outweigh the need for disclosure; and as Defendant does not oppose the Motion; and for good cause shown, it is hereby ORDERED that:

(1) Exhibit B, filed on September 4, 2026 in support of Defendant's Response in Opposition to Plaintiffs' Motion for Class Certification (ECF No. 154) shall be PERMANENTLY SEALED and withheld from public view; AND

(2) within five (5) days of this Order and to the extent not previously done, Plaintiffs shall refile the document in redacted form in accordance with Plaintiffs' Emergency Motion to Seal.

BY THE COURT:

/s/ Harvey Bartle III
J.