**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:**

**DATE OF PROCEEDINGS:** 10/01/2026

**JUDGE:** Harvey Bartle III

**COURT REPORTER:**

**OTHERS:**

**DOCKET NO:** Civ. #24-4566

**TITLE OF CASE:**

JOHN DOE-1, et al.

v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

**APPEARANCES:**
Plaintiff:
Adam Shaw, Esq.

Defendant:
A. Matthew Boxer, Esq.
Rasmeet Kaur Chahil, Esq.

**NATURE OF PROCEEDINGS:**

Telephonic status conference held to determine next steps in this stayed case after interlocutory appeal was denied.

/s/ Nicole Spicer
Deputy Clerk

Time Commenced: 11:30 AM Time Adjourned: 11:45 AM